ACCEPTED
04-15-00127-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/27/2015 10:03:28 PM
KEITH HOTTLE
CLERK

# No. 04-15-00127-CV

IN THE COURT OF APPEALS OF TEXAS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/27/2015 10:03:28 PM
KEITH E. HOTTLE
Clerk

## EL CABALLERO RANCH, INC. and LAREDO MARINE, L.L.C.,

*Appellants/Defendants,*

vs.

## GRACE RIVER RANCH, L.L.C.,

*Appellee/Plaintiff.*

## APPELLANT'S MOTION FOR BRIEFING DEADLINE EXTENSION

To the Honorable Court:

Appellants brief is currently due on April 9, 2015. Appellants' appellate counsel is conflicted by other deadlines[1] and needs additional time to complete the brief. If this Court grants Appellants

---

[1] *Seabright Ins. Co. v. Lopez,* No. 14-0272 (Supreme Court of Texas) (oral argument); *Botla v. Del Toro,* No. 15-0226 (Supreme Court of Texas) (Response to Petition for Review). The undersigned is also conflicted because she is required to attend a hearing set by Appellee on a motion to sever the liability portion of the underlying case from the damages portion, which Appellants will argue to the trial court is contrary to well-established Texas law. *Dalisa, Inc. v. Bradford,* 81 S.W.3d 876, 879 (Tex. App. – Austin 2002, no pet.) ("[s]everance of a single cause of action into two parts is never proper and should not be granted for the purpose of enabling the litigants to obtain an early appellate ruling on the trial court's determination of one phase of the case") (quoting *Pierce v. Reynolds,* 160 Tex. 198, 329 S.W.2d 76, 79 n. 1 (1959)).

a 20-day deadline, Appellants' brief will be due on April 29, 2015. Appellants respectfully request this Court grant them a 20-day extension and re-set the briefing deadline for April 29, 2015.

Respectfully submitted,

KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580

/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
kim@kellsto.com

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE & SERVICE

I conferred with opposing counsel, Steven C. Haley this morning, but did not receive an email response by the time this Motion was filed. Past conduct gives the undersigned a good faith belief that opposing counsel will oppose this Motion.

I certify that on March 27, 2015, I conferred with opposing counsel. On this same date, I served this Motion on those listed below:

Steven C. Haley
MOORMAN, TATE, URQUHART, HALEY, UPCHURCH & YATES, L.L. P.

2

207 East Main Street
P. O. Box 1808
Brenham, Texas 77834-1808

John H. Patterson, Jr.
MONTEZ & PATTERSON
508 Thorton, Suite 4
Cotulla, Texas 78014
*Counsel for Grace River Ranch*

Donato D. Ramos & Donato D Ramos, Jr.
LAW OFFICES OF DONATO D. RAMOS
6721 McPherson
P.O. Box 452009
Laredo, Texas 78045
*Counsel for County of La Salle*

/s/Kimberly S. Keller
Kimberly S. Keller